FILED
CLERK U.S. DISTRICT COURT
DEC 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SDM  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY TRINH,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., RECONTRUST COMPANY, THE BANK OF NEW YORK, and DOES 1-10,<br><br>    Defendants. | Case No.: SACV09-00633 AG (MLGx)<br>Hon. Andrew J. Guilford<br>Ctrm. 10D<br><br>[PROPOSED] JUDGMENT OF DISMISSAL |

On December 14, 2009, at 9:00 a.m. in the above-entitled Court, a Scheduling Conference came on regularly for hearing. Ryan K. Woodson, counsel for Defendant Countrywide Home Loans, Inc. ("Countrywide"), was present. Plaintiff Tammy Trinh ("Plaintiff") was not present.

The Court noted that Plaintiff failed to oppose Countrywide's Motion to Dismiss her First Amended Complaint and had not filed a Second Amended Complaint at the time of the Scheduling Conference. Plaintiff's Second Amended Complaint was due by December 14, 2009. Plaintiff had not filed her Second Amended Complaint at the time this Proposed Judgment was filed on December 16, 2009. The Court also noted that Plaintiff had not made an attempt to confer with Countrywide's counsel to file a Joint Rule 26(f) Report for the Scheduling Conference.

1  Accordingly, the Court ruled that Plaintiff's case is dismissed for failure to
2  appear at the Scheduling Conference, failure to prosecute and failure to comply
3  with Rule 26., AND OTHER FAILURES CITED AT HEARING.
4  **THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY**
5  **ORDERED, ADJUDGED AND DECREED** that ~~Plaintiff's case is dismissed.~~
6  JUDGMENT IS ENTERED FOR THE DEFENDANTS.
7
8  DATED: Dec 23, 2009         _____
9                                               HONORABLE ANDREW J. GUILFORD
                                                  U.S. DISTRICT COURT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28